# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ABEL MURILLO,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>FINANCIAL CREDIT NETWORK, INC.,<br><br>　　　　Defendant. | Case No. 1:22-cv-00747-SAB<br><br>ORDER REQUIRING PLAINTIFF TO FILE NOTICE OF STATUS OF SERVICE<br><br>FIVE DAY DEADLINE |

Plaintiff filed this action on June 21, 2022. On that same date, an order issued setting the mandatory scheduling conference for September 19, 2022. (ECF No. 3.) As of this date, Plaintiff has not filed a proof of service of the summons and complaint.

Accordingly, IT IS HEREBY ORDERED that, within five days of the date of entry of this order, Plaintiff shall file a notice of the status of service on the Defendant in this action. Plaintiff is advised that failure to comply with this order may result in the issuance of sanctions, up to and including dismissal of this action.

IT IS SO ORDERED.

Dated:　**August 31, 2022**　　　　　　　　　　　_____

　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1