# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ABEL MURILLO,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>FINANCIAL CREDIT NETWORK, INC.,<br><br>　　　　　Defendant. | Case No. 1:22-cv-00747-SAB<br><br>ORDER RE STATUS REPORT AND CONTINUING SCHEDULING CONFERENCE<br><br>(ECF Nos. 3, 5, 6) |

　　　　Plaintiff filed this action on June 21, 2022. On that same date, an order issued setting the mandatory scheduling conference for September 19, 2022. (ECF No. 3.) On August 31, 2022, the Court ordered Plaintiff to file a status report concerning service in this action and readiness for the upcoming scheduling conference. (ECF No. 5.) On September 6, 2022, Plaintiff filed a declaration of counsel that outlines the extensive efforts undertaken to complete service thus far, and that notifies the Court that Plaintiff is still attempting to complete service on the registered agent. (ECF No. 6.)

　　　　Rule 4(m) provides that "If a defendant is not served within 90 days after the complaint is filed, the court—on motion or on its own after notice to the plaintiff—must dismiss the action without prejudice against that defendant or order that service be made within a specified time." Fed. R. Civ. P. 4(m). "But if the plaintiff shows good cause for the failure, the court must extend the time for service for an appropriate period." Id. Service is thus due on September 19, 2022.

1

While the trigger for Rule 4(m) has not occurred, the Court is inclined to grant a request or *sua sponte* extend the time to complete service based on Plaintiff's proffer, if service is not able to be completed by September 19, 2022.

The Court shall continue the scheduling conference to allow for the completion of service and for any responsive pleadings to be filed.

Accordingly, IT IS HEREBY ORDERED that:

1. The scheduling conference currently set for September 19, 2022, is CONTINUED to November 15, 2022, at 1:30 p.m. in Courtroom 9; and
2. The parties shall file a joint scheduling report seven (7) days prior to the scheduling conference.

IT IS SO ORDERED.

Dated:   **September 7, 2022**

UNITED STATES MAGISTRATE JUDGE