# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ABEL MURILLO,<br><br>    Plaintiffs,<br><br>    v.<br><br>FINANCIAL CREDIT NETWORK, INC.,<br><br>    Defendant. | Case No. 1:22-cv-00747-SAB<br><br>ORDER DIRECTING CLERK OF COURT TO ASSIGN DISTRICT JUDGE, AND CLOSE CASE AND ADJUST THE DOCKET TO REFLECT VOLUNTARY DISMISSAL PURSUANT TO RULE 41(a) OF THE FEDERAL RULES OF CIVIL PROCEDURE<br><br>(ECF No. 13) |

On December 12, 2023, a stipulation was filed dismissing this action without prejudice and with each party to bear its own costs and attorneys' fees. (ECF No. 13.)  In light of the stipulation of the parties, this action has been terminated, Fed. R. Civ. P. 41(a)(1)(A)(ii); Wilson v. City of San Jose, 111 F.3d 688, 692 (9th Cir. 1997), and has been dismissed without prejudice and without an award of costs or attorneys' fees.

Accordingly, the Clerk of the Court is HEREBY DIRECTED to assign a district judge to this case for the purpose of closing the case and then to adjust the docket to reflect voluntary dismissal of this action pursuant to Rule 41(a).

IT IS SO ORDERED.

Dated:   **December 12, 2023**

UNITED STATES MAGISTRATE JUDGE

1